**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK**
_____

**AKO K. BURRELL,**

                **Plaintiff,**

                **v.**

**D. McINTOSH et al.,**

                **Defendants.**
_____

**9:22-cv-344
(GLS/ATB)**

## SUMMARY ORDER

The above-captioned matter comes to this court following a Report-Recommendation and Order (R&R) by Magistrate Judge Andrew T. Baxter, which recommends that defendants' summary judgment motion be granted. (Dkt. No. 41.) Plaintiff Ako K. Burrell has timely objected to the R&R. (Dkt. No. 43.)

Burrell's objection is two-fold and can be described as follows: (1) Magistrate Judge Baxter's "decision was rendered erroneously, improperly, arbitrarily [and] capriciously;" and (2) Burrell "was not being afforded a lawful grievance system" because defendants were allowed "to access the grievance, read them, threaten plaintiff, deny him recreation, meals" and other services in the correctional facility. (Dkt. No. 43 at 2-3.)

Burrell's objection seeks to raise the same arguments already addressed in the R&R. (Dkt. No. 41 at 6-13; Dkt. No. 43.) Accordingly, Burrell's objection is general and warrants review for clear error only.[1] *See Almonte v. N.Y. State Div. of Parole*, No. CIV. 904CV484GLS, 2006 WL 149049, at *4-5 (N.D.N.Y. Jan. 18, 2006).

Having carefully reviewed the R&R and finding no clear error, it is adopted in its entirety.

Accordingly, it is hereby

**ORDERED** that the Report-Recommendation (Dkt. No. 41) is **ADOPTED** in its entirety; and it is further

**ORDERED** that defendants' motion for summary judgment (Dkt. No. 20) is **GRANTED**; and it is further

**ORDERED** that Burrell's complaint (Dkt. No. 1) is **DISMISSED**; and it is further

**ORDERED** that the Clerk close this case; and it is further

**ORDERED** that the Clerk provide a copy of this Summary Order to

---

[1] Even if some portion of Burrell's objection is specific and would, therefore, warrant de novo review, the court would adopt the R&R under that standard for substantially the same reasons as articulated therein.

the parties in accordance with the Local Rules of Practice.

**IT IS SO ORDERED.**

September 27, 2023
Albany, New York

Gary L. Sharpe
U.S. District Judge